# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANDRE RICHARDSON,<br><br>                Plaintiff,<br><br>vs.<br><br>JENNIFER AIELLO, *et al.*,<br><br>                Defendants. | Case No. 2:11 cv-00302-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Request for a Status Check (#6), filed July 13, 2011. The Court will grant this request and have the Clerk of the Court provide Plaintiff with a copy of the Docket Sheet. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Request for a Status Check (#6) is **granted**. The Clerk of the Court shall prepare a copy of the docket regarding case 2:11-cv-00302-JCM-GWF and send it to Plaintiff at the address on file with the Court.

DATED this 18th day of July, 2011.

*George Foley Jr.*
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**