1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

8

ANDRE RICHARDSON,

2:11-CV-302 JCM (GWF)

9

Plaintiff,

10

v.

11

JENNIFER AIELLO, et al.,

12

Defendants.

13

14

15

**ORDER**

16          Presently before the court are Magistrate Judge Foley's report and recommendation to

17   dismiss with prejudice claims against defendants Joseph Chronister, Kathryne Buehler, Lisa Ann

18   Jackson, and Matt Fay because the claims in counts I and II constitute an appeal of a state court

19   conviction and do not state a viable claim for relief. (Doc. #2).

20          Local Rule IB 3-2 states that any party wishing to object to the ruling of the magistrate judge

21   on a pretrial matter shall file a specific objection within fourteen (14) days from the date of service

22   of the magistrate judge's ruling. Objections to the report and recommendation were due here by July

23   8, 2011. (*Id.*). To date, plaintiff has failed to file any objections to the report and recommendation.

24          Upon review of the magistrate judge's report and recommendation (*id.*), and there being no

25   objections filed, this court agrees with Magistrate Judge Foley's recommendation to dismiss with

26   prejudice claims against defendants Joseph Chronister, Kathryne Buehler, Lisa Ann Jackson, and

27   Matt Fay.

28

**James C. Mahan**
**U.S. District Judge**

1    Accordingly,

2    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that United States Magistrate

3 Judge Foley's report and recommendation (doc. #2) be, and the same hereby are, AFFIRMED in

4 their entirety;

5    IT FURTHER ORDERED that claims against defendants Joseph Chronister, Kathryne

6 Buehler, Lisa Ann Jackson, and Matt Fay be, and the same hereby are, DISMISSED with prejudice.

7    DATED August 10, 2011.

8

9    _____
     **UNITED STATES DISTRICT JUDGE**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**

- 2 -