# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDRE RICHARDSON, ) | |
| Plaintiff, ) | Case No. 2:11-cv-00302-JCM-CWH |
| vs. ) | **ORDER** |
| JENNIFER AIELLO, *et al.*, ) | |
| Defendants. ) | |

This matter is before the Court on Plaintiff's Motion for False Imprisonment (#23), filed November 26, 2012. It appears that Plaintiff is requesting the Court to expunge a criminal charge filed in state court. Plaintiff has not provided any authority supporting the request. "The failure of a moving party to file points and authorities in support of [a] motion shall constitute a consent to the denial of the motion." Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Plaintiff's Motion for False Imprisonment (#23) is **denied**.

DATED this 28th day of November, 2012.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**